___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 19 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,           )
                                    )   CR10 0222RAJ
               Plaintiff,           )
                                    )
       v.                           )   INFORMATION
                                    )
CRAIG CARR,                         )
                                    )
               Defendant.           )
_____)

The United States Attorney charges that:

### COUNT ONE
### (Sexual Exploitation of a Child)

Between on or about January 14, 2010, and continuing until on or about January 22, 2010, CRAIG THOMAS CARR did employ, use, persuade, induce, entice, and coerce a minor, Child Victim C, to engage in sexually explicit conduct outside of the United States, its territories and possessions, for the purpose of producing visual depictions of such conduct, that is digital images, and the Defendant intended such visual depictions to be transported to the United States by any means, including by using any means or facility of interstate or foreign commerce or mail.

All in violation of Title 18, United States Code, Sections 2251(c)(1), (c)(2)(A), and (e).

INFORMATION/CARR – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## ALLEGATION OF FORFEITURE

Pursuant to Title 18, United States Code, Section 2253(a), defendant shall forfeit to the United States immediately all of his right, title and interest in any and all property, real or personal, that was used, or was intended to be used, to commit or to promote the commission of the charged offenses, and any and all visual depictions as described in Title 18, United States Code, Section 2256, which were produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code, including, but not limited to, the following assets:

    a.    One (1) Generic Black and Silver desktop computer, seized on January 23, 2010, from the defendant's residence, located at 10425 SE 250th Place, #B101, Kent, Washington, 98030, and all memory devices contained therein;

    b.    One (1) Cannon PC1251 PowerShot A720 IS camera, seized on January 22, 2010 from the defendant's personal belongings in Phnom Penh Cambodia;

/
/
/

INFORMATION/CARR – 2

c.  Any and all images of minors engaged in sexually explicit conduct stored in whatever form, to include thumb drives, zip disks and floppy disks.

DATED this 19th day of July, 2010.

_____
JENNY A. DURKAN
United States Attorney

_____
TESSA M. GORMAN
Assistant United States Attorney

_____
MATTHEW D. DIGGS
Assistant United States Attorney