Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>CRAIG T. CARR,<br><br>      Defendant. | NO. 10-0222 RAJ<br><br>DEFENDANT CRAIG CARR'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO VACATE IMPOSITION OF FINE<br><br>**NOTED FOR HEARING:**<br>**JUNE 29, 2012** |

## INTRODUCTION

Mr. Carr respectfully requests that this Court vacate the fine it imposed at the December 10, 2010 Sentencing Hearing. This relief is consistent with the Court's intent at the time the fine was initially imposed, a fact not disputed by the Government. Moreover, the objections raised by the Government do not apply and do not warrant denial of the requested relief.

## DISCUSSION

The Government does not dispute the merits of Mr. Carr's request, nor the underlying basis—that, at the time of the Sentencing Hearing—this Court would have been "in a different position [had Mr. Carr's divorce been final at that time] and would give greater consideration for the opportunity not to impose the fine" and that this Court may make the application [to

DEFENDANT CRAIG CARR'S REPLY
MEMORANDUM IN SUPPORT OF HIS
MOTION TO VACATE IMPOSITION OF FINE – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12414 00101 of293632cw

reduce or vacate the fine] when that [the finalization of Mr. Carr's divorce] takes place."[1] It is also worth noting that the Government raised no objection to this determination at the time of the Sentencing Hearing.

Mr. Carr's divorce became final during the time his appeal was pending in the Ninth Circuit, thereby precluding his ability to bring his present motion before this Court. The Ninth Circuit has since, however, resolved Mr. Carr's appeal and remanded this matter back to this Court.

The objections raised by the Government do not prevent this Court from granting Mr. Carr's requested relief as they do not apply. As an initial matter, it should be noted that Mr. Carr is simply asking that this Court impose a fine in the amount it apparently intended to at the time of the Sentencing Hearing, but was unable or unwilling to as Mr. Carr's divorce was not final at that time. Given the changed circumstances, however, Mr. Carr's Motion is now timely.

Moreover, Mr. Carr's Motion is not one asking for a "re-sentence" or to "correct" the sentence differently than what was intended. Rather, Mr. Carr is simply asking that this Court reduce, or vacate, the fine consistent with this Court appeared to intend to do at the time of sentencing, but did not do because the circumstances at the time did not warrant a smaller, or no, fine.

Finally, the Government's objections should be rejected—as it failed to object to this Court's invitation to Mr. Carr to seek his requested relief after his divorce became final.

---

[1] Report of Proceedings, p. 38:12-39:4, 41:14-24.

DEFENDANT CRAIG CARR'S REPLY
MEMORANDUM IN SUPPORT OF HIS
MOTION TO VACATE IMPOSITION OF FINE – 2

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12414 00101 of293632cw

**CONCLUSION**

Given these circumstances, Mr. Carr respectfully requests that this Court vacate its order imposing a fine in this case.

DATED this 29th day of June, 2012.

                                                       SKELLENGER BENDER, P.S.

                                                       s/ Jeffrey C. Grant
                                                       Jeffrey C. Grant, WSBA No. 11046
                                                       Attorneys for Craig Carr

DEFENDANT CRAIG CARR'S REPLY
MEMORANDUM IN SUPPORT OF HIS
MOTION TO VACATE IMPOSITION OF FINE – 3

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12414 00101 of293632cw

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2012, I electronically filed Defendant Craig Carr's Reply Memorandum in Support of His Motion to Vacate Imposition of Fine and this Certificate of Service with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Assistant United States Attorney Anastasia Bartlett.

s/ Kelli Huerta
Kelli Huerta
Legal Assistant
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Tel: (206) 623-6501
Fax: (206) 447-1973
Email: khuerta@skellengerbender.com

DEFENDANT CRAIG CARR'S REPLY
MEMORANDUM IN SUPPORT OF HIS
MOTION TO VACATE IMPOSITION OF FINE – 4

12414 00101 of293632cw

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2012 I electronically filed Defendant Craig Carr's Reply Memorandum in Support of His Motion to Vacate Imposition of Fine and this Certificate of Service with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Assistant United States Attorney Matthew D. Diggs.

By   s/ Kelli Huerta
Jule Sprenger
Legal Assistant
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Tel:  (206) 623-6501
Fax:  (206) 447-1973
Email:  khuerta@skellengerbender.com

DEFENDANT CRAIG CARR'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO VACATE IMPOSITION OF FINE – 5

12414 00101 of293632cw

skellengerbender
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501