Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG CARR,<br><br>　　　　　　Defendant. | No. CR10-222 RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION TO VACATE IMPOSITION OF FINE |

THIS MATTER has come before the Court on the motion of Defendant Craig Carr. The Court having considered Defendant's Motion, the Government's Response, the Declaration of Anastasia Bartlett, Defendant's Reply, and the file and pleadings herein,

NOW, THEREFORE, it is ORDERED that Defendant Craig Carr's Motion to Vacate Imposition of Fine (Dkt. #46) is DENIED.

DATED this 9th day of July, 2012.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1