UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   2:10-CR-0222-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **SATISFACTION OF MONETARY** |
| CRAIG CARR, | ) | **IMPOSITION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The monetary imposition in the above entitled case, having been paid in full, the Clerk of the United States District Court for the Western District of Washington is hereby authorized and empowered to satisfy the condition in the sentence ordering payment.

DATED this 7th day of November, 2012 .

Respectfully submitted,

JENNY A. DURKAN
United States Attorney


s/Anastasia D. Bartlett
ANASTASIA D. BARTLETT
Assistant United States Attorney
Washington State Bar No. 7142
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-0114
E-mail: anastasia.bartlett@usdoj.gov

SATISFACTION OF MONETARY IMPOSITION - 1
(455.WP)